UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANJIT KAUR,<br><br>    Defendant. | No. CR-02-224-FVS<br><br>ORDER |

**THE DEFENDANT** having come before the Court for sentencing on September 6, 2005; Now, therefore

**IT IS HEREBY ORDERED:**

1. The defendant's motion for downward departure (Ct. Rec. 248) is denied; provided, a variance from the Guideline range is warranted for the reasons indicated by the Court at sentencing.

2. The defendant's motion for leave to "self report" (Ct. Rec. 249) is denied as moot.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___14th___ day of September, 2005.

                    s/ Fred Van Sickle
                      Fred Van Sickle
               United States District Judge

ORDER- 1